ACCEPTED
03-16-00332-CR
21120447
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/6/2017 1:40 PM
JEFFREY D. KYLE
CLERK

NO. 03-16-00332-CR

COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/6/2017 1:40:03 PM
JEFFREY D. KYLE
Clerk

---

CLIFTON BRYANT HENNINGTON,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

---

APPEAL FROM

THE 207TH JUDICIAL DISTRICT COURT

HAYS COUNTY, TEXAS

TRIAL COURT CAUSE NO. 14-0271

---

**THIRD MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE STATE'S BRIEF**

---

Raphael A. Guerrero
Criminal District Attorney First Assistant
712 South Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
State Bar No. 24041021
Attorney for the State of Texas
Ralph.guerrero@co.hays.tx.us

Page 1

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

The State files this First Motion for Extension of Time in Which to File State's Brief, and in support states:

1.   The State's current deadline for filing its brief is December 6, 2017.

2.   This is the State's Third Motion for Extension of Time in which to file its brief.

3.   The State respectfully requests an extension of approximately 6 days, until December 12, 2017, in which to file its brief.

4.   The undersigned is the Hays County Criminal District Attorney First Assistant with time-consuming managerial obligations.

5.   The undersigned was on vacation from November 2, 2017, through November 6, 2017. The undersigned then continued preparing for a custody Injury to an Elderly Causing Serious Bodily Injury, Aggravated Assault with a Deadly Weapon-Family Violence, and Unauthorized Use of a Motor Vehicle trial, *State v. Gerald Glen Roberts*, in Cause No. Cr 15-0745, set to begin November 27, 2017, but was continued even though it was longest pending custody case on the docket.

6.   The undersigned has been working on the State's Brief since the November 27, 2017, trial was continued, including during the Thanksgiving holidays. Unfortunately, the undersigned's administrative responsibilities have proved distracting. In an effort to hire 6 new employees, including two new attorneys, the undersigned has conducted over 22 time consuming

interviews over the past 7 days. The undersigned will continue working on the State's Brief and will file it as soon as possible.

7. This extension is not being sought to cause undue delay, but to seek justice.

8. The State respectfully requests that the Court grant an approximate six day extension for filing Appellee's Brief, until December 12, 2017.

Respectfully submitted,

By: _____
Raphael A. Guerrero
Criminal District Attorney First Assistant
712 South Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
State Bar No. 24041021
Attorney for the State of Texas
Ralph.guerrero@co.hays.tx.us

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with opposing counsel regarding this motion for extension of time.  Mr. Dal Ruggles does not oppose this motion.

Raphael A. Guerrero
Criminal District Attorney First Assistant

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing brief has been email-delivered to:

**Mr. Dal Ruggles** via e-service:  dal@ruggleslaw.com  on  this  the  6th  day  of November.

Raphael A. Guerrero
Criminal District Attorney First Assistant